**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 105 MAL 2015
:
              Respondent     :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.            :
:
:
:
NELSON JAMES SIMMONS,     :
:
              Petitioner     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2015, the Petition for Allowance of Appeal is

**DENIED**.